IRENE KARBELASHVILI, Esq. (SBN 232223)
IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
irene@allaccesslawgroup.com
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for Plaintiffs
JESSICA SAIDEMAN and
PATRICIA QUIJADA SALAZAR,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA SAIDEMAN and PATRICIA QUIJADA SALAZAR,<br><br>Plaintiffs,<br><br>v.<br><br>ROSE M. STEPHANIAN aka ROZIK M. STEPHANIAN, a natural person; and Does 1-10 inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-05672-DMG-JPR<br>Civil Rights<br><br>**ORDER ON STIPULATION DISMISSING ACTION [19]** |

ORDER ON STIPULATION DISMISSING ACTION WITH PREJUDICE
1

**ORDER**

In accordance with the parties' stipulation, this action is dismissed in its entirety with prejudice. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: December 13, 2024

_____
Dolly M. Gee
Chief United States District Judge